

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MEDICAL MANAGER HEALTH
SYSTEMS, INC. and WEBMD CORPORATION,

    Plaintiffs,

v.                                     Case No. 8:03-CV-632-T-26TGW

ROBERT W. DAVIDS,

    Defendant.
_____/

### STIPULATED ORDER REGARDING HARD DRIVE OF DAVIDS' COMPUTER

Medical Manager Health Systems, Inc. ("Medical Manager") and WebMD Corporation ("WebMD"), and Robert W. Davids ("Davids"), by and through their undersigned attorneys, hereby stipulate to the entry of an order approving the following protocol for the production of documents and preservation of evidence contained on the hard drive of Davids' computer[1]:

1.    The Court hereby appoints Adam Sharp as an independent computer examiner in this case (the "Examiner").

2.    The Examiner will serve as an officer of the Court.

3.    The parties will agree on a day and time on or before May 16, 2003 that the Examiner will have access to Davids' computer. Davids agrees that his computer will not be turned on at any time on or before May 16, 2003.

---

[1] By stipulating to this protocol, Davids, in no way, waives any privileges that he may later assert to producing the hard drive of the computer or documents stored thereon, including without limitation the Attorney-Client Privilege or the Fifth Amendment.



4.  On the agreed upon day, the Examiner will make two forensic copies of the hard drive of Davids' computer. One of the forensic copies will be maintained by the Examiner so that an exact copy of Davids' hard drive, as it existed on the date the forensic copy was made, is available for future review.

5.  The Examiner will use the second forensic copy of Davids' hard drive for purposes of retrieving and recovering documents, data and information from the hard drive, including any documents, data and information that may have been deleted from the hard drive (all documents, data and information retrieved and recovered from the hard drive are referred to as the "Data.")

6.  The parties may provide information to the Examiner, including a description of the allegations of the case, the type of information sought, and key words for searching purposes, to assist the Examiner in retrieving and recovering Data from the hard drive.

7.  The Examiner will extract the Data from the hard drive as instructed by the parties and shall produce a readable printed or electronic work product to Davids' counsel. Within 10 days after receiving the work product from the Examiner, Davids' counsel shall determine which items are to be produced in response to WebMD and Medical Manager's request for production, and which items are to be withheld.

8.  Davids shall produce to Medical Manager and WebMD, in a printed or electronic format, all Data that is responsive to Medical Manager and WebMD's request for production that is not withheld. With respect to any Data withheld from production, Davids shall file a log giving a general description of the Data (without waiving any privileges), the nature of any privilege or other rule of law relied upon, and any facts supporting the withholding of the Data.

9. The Examiner will submit a written report to the Court and the parties that includes the following information:

    a. The process used for the recovery of Data,

    b. Whether the Examiner was unable to retrieve Data from the hard drive, and

    c. Any other information the Examiner discovers concerning the status or condition of the hard drive.

10. Medical Manager and WebMD are responsible for paying the fees and costs of the Examiner.

---

Dennis P. Waggoner
Florida Bar No. 509426
J. Rocco Cafaro
Florida Bar No. 0507121
HILL, WARD & HENDERSON, P.A.
3700 Bank of America Plaza
101 E. Kennedy Boulevard
P.O. Box 2231
Tampa, FL 33601
(813) 221-3900 Telephone
(813) 221-2900 Telecopier

Attorneys for Medical Manager Health Systems, Inc. and WebMD Corporation

Dated: May 5, 2003

---

Richard T. Pettt
Florida Bar No. 0878995
Matthew C. Lucas
Florida Bar No. 0344834
Bricklemyer, Smolker & Bolves, P.A.
500 E. Kennedy Boulevard
Suite 200
Tampa, FL 33602
(813) 223-3888 Telephone
(813) 228-6422 Facsimile

Attorneys for Robert W. Davids

Dated: May 5, 2003

3

## **ORDER**

The foregoing Stipulation concerning the hard drive of Davids' computer is approved in its entirety and entered as an Order of this Court.

**DONE and ORDERED** at Tampa, Florida, on May ___, 2003.

_____
The Honorable Richard A. Lazzara
United States District Judge

Copies furnished to:
Counsel of Record
Rita J. Cole, Courtroom Deputy

g:\dpw\webmd (medical manager corporation)\robert v. davids\pleadings\stipulated order regarding preservation of evidence (rtp 5-2-03) doc
5/5/03 2 40 PM

4